# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| ONE HUNDRED MILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      Case No. 4:22-CV-00297-RSB-CLR |
| | ) |
| The UNITED STATES ARMY | ) |
| CORPS OF ENGINEERS, et al., | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT
## OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| One Hundred Miles | Plaintiff |
| | |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Megan Desrosiers | President and Chief Executive Officer |
| Alice Keyes | Vice President of Coastal Conservation |
| Catherine Ridley | Vice President of Education and Communications |
| Kate Grinalds | Vice President of Philanthropy |
| Tonnia Switzer-Smalls | Vice President of Operations |
| Roy Richards | Chair, Board of Directors |
| Joanna Adams | Board of Directors |
| Jim Barger, Jr. | Board of Directors |
| Scott Coleman | Board of Directors |

1

Rev. 11/2022

| Mark Crosswell | Board of Directors |
|---|---|
| Glen Darbyshire | Board of Directors |
| Sally McDaniel | Board of Directors |
| Shelley Renner | Board of Directors |
| Laura Richards | Board of Directors |
| Susan Shipman | Board of Directors |
| David Weitnauer | Board of Directors |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| NONE | |
| | |
| | |
| | |
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

December 19, 2022
Date

*/s/ Megan H. Huynh*
Signature of Attorney of Record

Megan H. Huynh
Printed Name

2

Rev. 11/2022