# United States District Court

## Southern District of Georgia

ONE HUNDRED MILES

Plaintiff

v. The UNITED STATES ARMY CORPS OF ENGINEERS, et al.

Defendant

Case No. 4:22-cv-00297-RSB-CLR

Appearing on behalf of: Plaintiff

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Brittany Shaar hereby requests permission to appear pro hac vice in the subject case filed in the Savannah Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, U.S. District Court, Northern District of GA. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates Megan H. Huynh as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 5th day of January, 2023.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Megan H. Huynh, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This 5th day of January, 2023.

877345
Georgia Bar Number

(404) 521-9900
Business Telephone

_____
Signature of Local Counsel

Southern Environmental Law Center (Law Firm)
Ten 10th Street, Suite 1050 (Business Address)
Atlanta, GA 30309 (City, State, Zip)
_____ (Mailing Address)
mhuynh@selcga.org (Email Address)