

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **BRITTANY ELIZABETH SHAAR, State Bar No. 344169,** was duly admitted to practice in said Court on December 19, 2022, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 5th day of January, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Stephanie Wilson-Bynum
Deputy Clerk