# United States District Court

*Southern District of Georgia*

_____       Case No.  _____
            Plaintiff

**v.**                                                                   Appearing on behalf of

_____       _____
            Defendant                                                (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____

*\*\*\*\*\**

NAME OF PETITIONER:       _____

Business Address:       _____
                                                Firm/Business Name

                                          _____
                                                   Street Address

                                          _____  _____  _____
                                          Street Address (con't)       City             State         Zip

                                          _____
                                              Mailing Address (if other than street address)

                                          _____  _____  _____
                                              Address Line 2           City             State         Zip

                                          _____  _____
                                            Telephone Number (w/ area code)    Georgia Bar Number

Email Address:       _____