# United States District Court
## Southern District of Georgia

ONE HUDRED MILES

Plaintiff

v.

The UNITED STATES ARMY CORPS OF ENGINEERS, et al.

Defendant

Case No. 4:22-cv-00297-RSB-CLR

Appearing on behalf of Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 5th day of January, 2023.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Brittany Shaar

Business Address: Southern Environmental Law Center
Firm/Business Name

Ten 10th Street, Suite 1050
Street Address

Atlanta, GA 30309
City, State, Zip

(404) 521-9900
Telephone Number (w/ area code)

344169
Georgia Bar Number

Email Address: bshaar@selcga.org