IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ONE HUNDRED MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-CV-00297-RSB-CLR |
| ) | |
| The UNITED STATES ARMY CORPS ) | |
| OF ENGINEERS, *ET AL*. ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF SERVICE**

Megan H. Huynh, being first duly sworn, deposes and says:

1. On December 15, 2022, Plaintiffs filed a Complaint and Summons forms directed to the Defendants. The Summonses were issued by the Clerk of Court for all Defendants on December 15, 2022.

2. On December 20, 2022, the Complaint and Summons were served to Defendant The United States Army Corps of Engineers by Certified Mail, with Return Receipt requested, addressed to:

> The United States Army Corps of Engineers
> Attn: David R. Cooper, Chief Counsel
> 441 G Street NW
> Washington, DC 20001
> *Certified Mail Receipt No.: 7020 0090 0001 0164 3942*

3. On December 20, 2022, the Complaint and Summons were served to Defendant Col. Joseph Geary by Certified Mail, with Return Receipt requested, addressed to:

> Col. Joseph Geary
> U.S. Army Corps of Engineers, Savannah District
> 100 W. Oglethorpe Ave
> Savannah, GA 31401
> *Certified Mail Receipt No.: 7020 0090 0001 0164 3935*

4.       On December 20, 2022, the Complaint and Summons were served to the Attorney General of the United States and the United States Attorney's Office by Certified Mail, with Return Receipt requested, addressed to:

>   Merrick B. Garland
> Attorney General of the United States of America
> U.S. Department of Justice
> 950 Pennsylvania Ave, NW
> Washington, D. C. 20530-0001
> *Certified Mail Receipt No.: 7020 0090 0001 0164 3973*

> US Attorney's Office, Southern District of Georgia
> 22 Barnard Street, Suite 300
> Savannah, GA 31401
> *Certified Mail Receipt No.: 7020 0090 0001 0164 3980*

5.       Process was received by Defendant The United States Army Corps of Engineers on December 22, 2022. True and accurate copies of the USPS Tracking website and Certified Mail Receipt are attached hereto as Exhibit A. The Domestic Return Receipt has not been received by Plaintiffs' counsel to date.

6.       Process was received by Defendant Col. Joseph Geary on December 22, 2022. True and accurate copies of the USPS Tracking website and Certified Mail Receipt, and Domestic Return Receipt are attached hereto as Exhibit B.

7.       Process was received by Merrick B. Garland, Attorney General of the United States of America on December 23, 2022. True and accurate copies of the USPS Tracking website, Certified Mail Receipt, and the Domestic Return Receipt are attached hereto as Exhibit C.

8.       Process was received by the United States Attorney's Office on December 22, 2022. True and accurate copies of the USPS Tracking website, Certified Mail Receipt, and the Domestic Return Receipt attached hereto as Exhibit D.

Respectfully submitted this 11th day of January, 2023.

Megan H. Huynh
Bar Identification No. GA0039
Southern Environmental Law Center
10 10th St NW,
Suite 1050,
Atlanta, GA 30309
(404) 521-9900
mhuynh@selcga.org

*Attorney for Plaintiff One Hundred Miles*

FULTON COUNTY, GEORGIA

Sworn to and subscribed before me this 11th day of January, 2023.

_____, Notary Public.   [seal]

My commission expires: 06/11/2023

## CERTIFICATE OF SERVICE

I hereby certify that on Jan. 11, _____, 2023, the foregoing **Affidavit of Service** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Megan H. Huynh*
Megan H. Huynh