# Exhibit A

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70200090000101643942

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:22 pm on December 22, 2022 in WASHINGTON, DC 20314.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20314
December 22, 2022, 12:22 pm

### Arrived at Post Office
WASHINGTON, DC 20018
December 22, 2022, 10:20 am

### In Transit to Next Facility
December 21, 2022

### Arrived at USPS Regional Origin Facility
ATLANTA-PEACHTREE GA DISTRIBUTION CENTER
December 20, 2022, 10:19 pm

### USPS in possession of item
ATLANTA, GA 30306
December 20, 2022, 11:25 am

Feedback

Hide Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback

