# Exhibit B

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70200090000101643935

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:52 am on December 22, 2022 in SAVANNAH, GA 31401.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
SAVANNAH, GA 31401
December 22, 2022, 10:52 am

### Out for Delivery

SAVANNAH, GA 31401
December 22, 2022, 6:10 am

### Arrived at Post Office

SAVANNAH, GA 31401
December 22, 2022, 3:28 am

### Arrived at USPS Facility

SAVANNAH, GA 31401
December 22, 2022, 2:02 am

### Departed USPS Regional Facility

JACKSONVILLE FL NETWORK DISTRIBUTION CENTER
December 21, 2022, 6:43 pm

Feedback

**Arrived at USPS Regional Facility**
JACKSONVILLE FL NETWORK DISTRIBUTION CENTER
December 21, 2022, 1:58 pm

**Arrived at USPS Regional Origin Facility**
ATLANTA-PEACHTREE GA DISTRIBUTION CENTER
December 20, 2022, 10:19 pm

**USPS in possession of item**
ATLANTA, GA 30306
December 20, 2022, 11:26 am

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   COL. JOSEPH GEARY
   U.S. Army Corps of Engineers,
   Savannah District
   100 W. Oglethorpe Ave
   Savannah, GA 31401

   9590 9402 5889 0049 0251 27

2. Article Number (Transfer from service label)

   7020 0090 0001 0164 3935

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...d Mail
   ☐ ...d Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Savannah, GA 31401    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.00 | 0014 6 |
| Extra Services & Fees (check box, add fee as appropriate) $3.25 | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.92 | 12/20/2022 |
| Total Postage and Fees $9.17 | |

Sent To: COL. JOSEPH GEARY
Street and Apt. No., or PO Box No.: U.S. Army Corps of Engineers, Savannah District, 100 W. Oglethorpe Ave, Savannah,
City, State, ZIP+4®: GA 31401

7020 0090 0001 0164 3935

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions