# Exhibit C

# USPS Tracking®

FAQs

**Tracking Number:**

Remove ✕

# 70200090000101643973

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:50 am on December 23, 2022 in WASHINGTON, DC 20530.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
December 23, 2022, 4:50 am

Feedback

### Available for Pickup

WASHINGTON, DC 20530
December 22, 2022, 7:24 am

### Arrived at Post Office

WASHINGTON, DC 20018
December 22, 2022, 6:19 am

### In Transit to Next Facility

December 21, 2022

### Arrived at USPS Regional Origin Facility

ATLANTA-PEACHTREE GA DISTRIBUTION CENTER
December 20, 2022, 10:19 pm

### USPS in possession of item

> ATLANTA, GA 30306
> December 20, 2022, 11:28 am

**Hide Tracking History**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MERRICK B. GARLAND,
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 5889 0049 0251 10

2. Article Number (Transfer from service label)

7020 0090 0001 0164 3973

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530  OFFICIAL USE

Certified Mail Fee  $4.00    0014 6
$   $3.25
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00   Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.92
$
Total Postage and Fees  $9.17
$

12/20/2022

Sent To: MERRICK B. GARLAND, U.S. Attorney General
Street and Apt. No., or PO Box No: U.S. Department of Justice, 950 Pennsylvania Avenue, NW,
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions