# Exhibit D

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70200090000101643980

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:00 pm on December 22, 2022 in SAVANNAH, GA 31401.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
SAVANNAH, GA 31401
December 22, 2022, 12:00 pm

### Out for Delivery

SAVANNAH, GA 31401
December 22, 2022, 6:10 am

### Arrived at Post Office

SAVANNAH, GA 31401
December 22, 2022, 3:23 am

### In Transit to Next Facility

December 21, 2022

### Arrived at USPS Regional Origin Facility

ATLANTA-PEACHTREE GA DISTRIBUTION CENTER
December 20, 2022, 10:19 pm

### USPS in possession of item

Feedback

> ATLANTA, GA 30306
> December 20, 2022, 11:29 am

**Hide Tracking History**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Erica Grant*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Erica Grant   C. Date of Delivery  12/22/22 |
| 1. Article Addressed to:<br>U.S. ATTORNEY'S OFFICE,<br>SOUTHERN DISTRICT OF GEORGIA<br>22 Barnard Street, Suite 300<br>Savannah, Georgia 31401 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 5889 0049 0251 03 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery  | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0090 0001 0164 3980 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                  Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Savannah, GA 31401

| Certified Mail Fee | $4.00 | 0014 6 |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.92 | |
| Total Postage and Fees | $9.17 | 12/20/2022 |

Sent To: U.S. ATTORNEY'S OFFICE,
Street and Apt. No., or PO Box No.: SOUTHERN DISTRICT OF GEORGIA
22 Barnard Street, Suite 300
City, State, ZIP+4®: Savannah, Georgia 31401

7020 0090 0001 0164 3980

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions