IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| One Hundred Miles,<br><br>Plaintiff,<br><br>v.<br><br>The United States Army Corps of Engineers, et al.,<br><br>Defendants. | Case No. 4:22-cv-297-RSB-CLR |

## NOTICE OF APPEARANCE

The United States notices the appearance of Angela N. Ellis as attorney for Federal Defendants. Ms. Ellis is registered to use the Court's electronic case management and filing system, and may be served electronically via CM/ECF.

Respectfully submitted this 17th day of February, 2023.

        TODD KIM
        Assistant Attorney General

        */s/ Angela N. Ellis*
        ANGELA N. ELLIS
        (D.C. Bar No. 1670713)
        U.S. Department of Justice
        Environment & Natural Resources Div.
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 305-0479
        Angela.Ellis@usdoj.gov