IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| One Hundred Miles,<br><br>Plaintiff,<br><br>v.<br><br>The United States Army Corps of Engineers, et al.,<br><br>Defendants. | Case No. 4:22-cv-297-RSB-CLR |

## UNOPPOSED MOTION FOR EXTENSION OF ALL DEADLINES

This case challenges the United States Army Corps of Engineers' ("the Corps'") decision to remove seasonal restrictions on hopper dredging in Brunswick Harbor under the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321-4347 and the Administrative Procedure Act, 5 U.S.C. §§ 701-706. Pursuant to Local Civil Rule 7.1(b), the Corps and Col. Joseph Geary, in his official capacity as District Commander of the U.S. Army Corps of Engineers Savannah District ("Federal Defendants"), hereby respectfully move the Court for a 45-day extension of all pending deadlines. Federal Defendants' responsive pleading is currently due on February 20, 2023. In addition, pursuant to the Court's order dated December 15, 2022, the parties must hold a conference in accordance with Fed. R. Civ. P. 26(f) by

February 20, 2023, and submit a written report outlining their discovery plan by March 6, 2023.

In reliance on the Corps' representation that no hopper dredging for Operation and Maintenance will occur in Brunswick Harbor between April 1 and December 14, 2023, the parties have conferred and determined that an extension of all pending deadlines would allow counsel additional time to attempt to narrow or resolve the disputed issues. This is Federal Defendants' first request for an extension of time. Federal Defendants conferred with Plaintiffs, who stated that they do not oppose the requested relief.

Respectfully submitted this 17th day of February, 2023.

| | |
|---|---|
| DAVID H. ESTES<br>United States Attorney | TODD KIM<br>Assistant Attorney General |
| */s/ O. Woelke Leithart*<br>O. WOELKE LEITHART<br>(Idaho Bar No. 9257)<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>P.O. Box 8970<br>Savannah, Georgia 31412<br>Tel: (912) 652-4422<br>Woelke.Leithart@usdoj.gov | */s/ Angela N. Ellis*<br>ANGELA N. ELLIS<br>(D.C. Bar No. 1670713)<br>U.S. Department of Justice<br>Environment & Natural Resources Div.<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0479<br>Angela.Ellis@usdoj.gov |