# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ONE HUNDRED MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:22-cv-297 |
| ) | |
| THE UNITED STATES ARMY CORPS OF ) | |
| ENGINEERS, et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the Southern District of Georgia, hereby gives notice that the undersigned counsel represents the Federal Defendants in this matter.

Dated:   February 17, 2023

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ O. Woelke Leithart*
Idaho Bar No. 9257
Assistant United States Attorney
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia  31412
Telephone:  (912) 652-4422
E-mail: Woelke.Leithart@usdoj.gov