UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| One Hundred Miles,<br><br>        Plaintiff,<br><br>v.<br><br>The United States Army Corps of Engineers, et al.,<br><br>        Defendants. | Case No. 4:22-cv-297-RSB-CLR |

## ORDER

Defendants' unopposed motion for a 45-day extension of all deadlines is **GRANTED.** Doc. 15. It is hereby **ORDERED** that:

1. Defendants' responsive pleading is due April 6, 2023.

2. By April 6, 2023, the Parties shall confer as provided in Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(a). Within fourteen (14) days after the Rule 26(f) Conference, the parties shall submit to the Court a written Report outlining their discovery plan.

So **ORDERED** this 21st day of February, 2023

*/s/ Christopher L. Ray*
**CHRISTOPHER L. RAY**
United States Magistrate Judge
Southern District of Georgia