IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| One Hundred Miles,<br><br>Plaintiff,<br><br>v.<br><br>The United States Army Corps of Engineers, et al.,<br><br>Defendants. | Case No. 4:22-cv-297-RSB-CLR |

## UNOPPOSED MOTION FOR EXTENSION OF ALL DEADLINES

Pursuant to Local Civil Rule 7.1(b), the Corps and Col. Joseph Geary, in his official capacity as District Commander of the U.S. Army Corps of Engineers Savannah District ("Federal Defendants"), hereby respectfully move the Court for a brief, 30-day extension of all pending deadlines. Pursuant to this Court's February 21, 2023, Order, Federal Defendants' responsive pleading is currently due on April 6, 2023. ECF No. 17. In addition, the parties must hold a conference in accordance with Fed. R. Civ. P. 26(f) by April 6, 2023, and submit a written report outlining their discovery plan within fourteen (14) days after the Rule 26(f) Conference. *Id.*

Since the Court entered the February 21, 2023, Order, and based on the Corps' representation that no hopper dredging for Operation and Maintenance will occur in Brunswick Harbor between April 1 and December 14, 2023, the parties

have engaged in good faith discussions to attempt to narrow or resolve the disputed issues. The parties require an additional 30 days to continue those discussions. This is Federal Defendants' second request for an extension of time. Federal Defendants conferred with Plaintiffs, who stated that they do not oppose the requested relief.

Respectfully submitted this 5th day of April, 2023.

| | |
|---|---|
| JILL E. STEINBERG<br>United States Attorney | TODD KIM<br>Assistant Attorney General |
| */s/ O. Woelke Leithart*<br>O. WOELKE LEITHART<br>(Idaho Bar No. 9257)<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>P.O. Box 8970<br>Savannah, Georgia 31412<br>Tel: (912) 652-4422<br>Woelke.Leithart@usdoj.gov | */s/ Angela N. Ellis*<br>ANGELA N. ELLIS<br>(D.C. Bar No. 1670713)<br>U.S. Department of Justice<br>Environment & Natural Resources Div.<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0479<br>Angela Ellis@usdoj.gov |