IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ONE HUNDRED MILES,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-297 |

**O R D E R**

Plaintiff filed its Complaint initiating this action on December 15, 2022. (Doc. 1.) On May 5, 2023, Plaintiff filed a Notice of Voluntary Dismissal, stating its intent to dismiss the case without prejudice. (Doc. 20.) Defendant has received multiple extensions of time to answer but has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** the dismissal of the case, (id.), and **DIRECTS** the Clerk of Court to **DISMISS** this case **WITHOUT PREJUDICE** and to **CLOSE** this case.

**SO ORDERED**, this 9th day of June, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA